**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Angelica June Martinez,

Plaintiff,

-against-

DO & CO New York Catering, Inc., Rafaela Ramirez, Michael Eckmann,

Defendants.

---------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

25-CV-06511 (RER) (JAM)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated September 4, 2026, (ECF No. 26 ("R&R")), Magistrate Judge Joseph A. Marutollo recommended that the Court grant in part defendants' motion to dismiss for failure to prosecute under Federal Rule of Civil Procedure 41(b) (ECF No. 24), and dismiss the action without prejudice, (R&R at 12). Judge Marutollo further recommended that the Court deny defendants' motion to dismiss under Federal Rules 12(b)(5) and 12(b)(6) (ECF No. 8), as moot, (R&R at 11–12). Judge Marutollo advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.* at 13). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

When reviewing a magistrate judge's report and recommendation, a court reviews *de novo* those portions to which the parties have objected and reviews for clear error any portions receiving no objections. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72; *see e.g.*, *Hice v. Lemon*, No. 19-CV-4666 (JMA) (SIL), 2021 WL 6052440, at *1 (E.D.N.Y. Dec. 21, 2021).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 21, 2026
Brooklyn, New York